U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
MONROE
MAR 2 4 2009
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 08-0266-01-03-04 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JOEL THOMAS<br>JEREMIAH SLATE<br>JIMMIE DAVIS | MAG. JUDGE KAREN L. HAYES |

## ORDER

The Report and Recommendation [Doc. No. 106] of the Magistrate Judge having been considered, together with the written objections [Doc. No. 114] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED that the motions to suppress [Doc. Nos. 99 & 102] filed by Defendants Jeremiah Slate and Joel Thomas are DENIED.

IT IS FURTHER ORDERED that the motion to suppress [Doc. No. 93] filed by Defendant Jimmie Davis is DENIED AS MOOT.

THUS DONE AND SIGNED this 24 day of March, 2009, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE